Form SUMINVBK

# CERTIFICATE OF SERVICE

I, __Peter Poon__ (name), certify that on __June 21, 2024__ (date), I served this summons and a copy of the involuntary petition on __Tina Foon-Yu Yan__ (name), the debtor in this case, by *[describe the mode of service and the addresss at which the debtor was served]*:

    placing a true copy thereof enclosed in a sealed envelope with the postage thereon fully prepaid in the United States mail addressed to the following and deposited the sealed envelope or package with the United States Postal Service:
Tina Foon-Yu Yan
1433 7th Avenue
San Francisco, CA 94122

    If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

    Under penalty of perjury, I declare that the foregoing is true and correct.

Date __June 21, 2024__  Signature __/s/ P. Poon__

Print Name: __Peter Poon__

Business Address: __337 28th Avenue, San Francisco, CA 94121__

**FILED**
AUG 26 2024
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Form SUMINVBK

# United States Bankruptcy Court
## California Northern Bankruptcy Court

In re  Tina Foon-Yu Yan  )  Case No.  24-30455
        Debtor*  )
                )  Chapter  7
                )

## SUMMONS TO DEBTOR IN INVOLUNTARY CASE

To the above named debtor:

    A petition under title 11, United States Code was filed against you in this bankruptcy court on 6/17/24, requesting an order for relief under chapter 7 of the Bankruptcy Code (title 11 of the United States Code).

    YOU ARE SUMMONED and required to file with the clerk of the bankruptcy court a motion or answer to the petition within 21 days after the service of this summons. A copy of the petition is attached.

Address of the clerk:
U.S. Bankruptcy Court
450 Golden Gate Avenue, 18th Fl.
Mail Box 36099
San Francisco, CA 94102

At the same time, you must also serve a copy of your motion or answer on .

Name and Address of Petitioning Creditor:
Bryant Fu
337 28th Avenue
San Francisco, CA 94121

Crystal Lei
337 28th Avenue
San Francisco, CA 94121

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 1011(c).

If you fail to respond to this summons, the order for relief will be entered.

**YOU ARE NOTIFIED** that a Status Conference of the proceeding commenced by the filing of the involuntary petition will be held at the following time and place:

Location:  Via Tele/Videoconference, www.canb.uscourts.gov/calendars

Date and Time:  8/30/24 at 01:30 PM



For the Court:

Edward J. Emmons
Clerk of Court
United States Bankruptcy Court

Date: 6/18/24

By: Katie Rose
Deputy Clerk

* Set forth all names, including trade names, used by the debtor within the last 8 years. (Fed. R .Bankr. P. 1005).