Bryant Fu and Crystal Lei
337 28th Avenue
San Francisco, CA 94121

Creditors in Pro Se

FILED
AUG 26 2024
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

In re

TINA FOON-YU YAN

    Debtor.

Case No.: 24-30455 DM

Chapter 7

**PETITIONING CREDITORS' REQUEST FOR ORDER GRANTING RELIEF UNDER 11 USC § 303(h) AND FOR APPOINTMENT OF TRUSTEE**

    Petitioning Creditors BRYANT FU ("Fu"), CRYSTAL LEI ("Lei")(collectively, "Petitioning Creditors") hereby request for an Order granting relief under 11 U.S.C § 303(h) and for appointment of trustee on their Official Form 105 Involuntary Petition Against an Individual filed on June 17, 2024 (the "Petition").

    The summons was issued on June 18, 2024, and Debtor Tina Foon-Yu Yan ("Yan") was served the summons and petition using United States Postal Service First Class mail on June 21, 2024. (Declaration of Bryant Fu ["Fu Decl."] Exh. A.) Petitioning Creditors did not receive a response and out of an abundance of caution tasked their service agent with sending it again with a tracking receipt which was completed on July 29, 2024. (Fu Decl., Exh. B.) The Postal Service's shipment tracking shows that the additional copy of the summons and petition was delivered to Yan on July 30, 2024. (Fu Decl., Exh. C.) Yan finally responded through her attorney, William Leeds Disston with a "meet and confer" letter sent by email to Fu on August 8, 2024 requesting for a stipulation that her response to the Petition be due by August 23, 2024 to which Fu agreed. (Fu Decl., Exh. D.) The August 23, 2024 stipulated deadline has elapsed and no response has been filed nor received as of August 26, 2024. (Fu Decl., ¶6.) Yan was properly served, she was

1

PETITIONING CREDITORS' REQUEST FOR ORDER GRANTING RELIEF UNDER 11 USC § 303(h) AND FOR APPOINTMENT OF TRUSTEE

Case: 24-30455   Doc# 6   Filed: 08/26/24   Entered: 08/26/24 11:53:13   Page 1 of 4

given an abundance of time to respond, and had communicated with Petitioning Creditor through her counsel regarding this case, and nothing is prohibiting her response by the stipulated deadline of August 23, 2024. Thus, relief should be granted to Petitioning Creditors.

Therefore, Petitioning Creditors request for an Order Granting Relief under 11 U.S.C § 303(h) and for an order appointing a Chapter 7 trustee to this case.

DATED: August 26, 2024

Respectfully Submitted,

_____
Bryant Fu
Creditor in Pro Se

_____
Crystal Lei
Creditor in Pro Se

# PROOF OF SERVICE

Case No.: 24-30455

I am a legal resident of the United States, over the age of eighteen. My address is 337 28th Avenue, San Francisco, CA 94121.

On August 26, 2024, the following was served by United States Postal Service First Class Mail:

PETITIONING CREDITORS' REQUEST FOR ORDER GRANTING RELIEF UNDER 11 USC § 303(h) AND FOR APPOINTMENT OF TRUSTEE

DECLARATION OF BRYANT FU IN SUPPORT OF PETITIONING CREDITORS' REQUEST FOR ORDER GRANTING RELIEF UNDER 11 USC § 303(h) AND FOR APPOINTMENT OF TRUSTEE

On the interest parties as follows:

> Tina Foon-Yu Yan
> 1433 7th Avenue
> San Francisco, CA 94122
>
> William Leeds Disston
> Casalina & Disston
> Attorney for debtor, Tina Foon-Yu Yan
> 409 13th St Fl 9
> Oakland, CA 94612
> casdiss@yahoo.com

__X__ BY FIRST CLASS MAIL: On the interested party named above in said cause, by placing a true copy thereof enclosed in a sealed envelope with the postage thereon fully prepaid, in the United States mail at <u>Postal Office, San Francisco</u> addressed as the above.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration is executed on August 26, 2024, at San Francisco, California.

Bryant Fu

3

PETITIONING CREDITORS' REQUEST FOR ORDER GRANTING RELIEF UNDER 11 USC § 303(h) AND FOR APPOINTMENT OF TRUSTEE

Bryant Fu and Crystal Lei
337 28th Avenue
San Francisco, CA 94121

Creditors in Pro Se

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

In re

TINA FOON-YU YAN

Debtor.

Case No.: 24-30455 DM

Chapter 7

**ORDER GRANTING PETITIONING CREDITORS' REQUEST FOR ORDER GRANTING RELIEF UNDER 11 USC § 303(h) AND FOR APPOINTMENT OF TRUSTEE**

On June 17, 2024, Creditors Bryant Fu and Crystal Lei filed their Chapter 7 Petition Against an Individual as to Debtor Tina Foon-Yu Yan. On June 21, 2024 and again on July 29, 2024, Debtor was served the Summons and Petition by mail. Pursuant to a stipulation entered on August 13, 2024, Debtor's responsive deadline to Creditors Fu and Lei's Petition was August 23, 2024. No response has been timely filed. Therefore, for good cause appearing,

IT IS HEREBY ORDERED:

Creditors' Request for Order Granting Relief Under 11 USC § 303(h) and For Appointment of Trustee is GRANTED.

**END OF ORDER**