Bryant Fu and Crystal Lei
337 28th Avenue
San Francisco, CA 94121

Creditors in Pro Se
FILED
AUG 26 2024
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

In re

TINA FOON-YU YAN

    Debtor.

Case No.: 24-30455 DM

Chapter 7

**DECLARATION OF BRYANT FU IN SUPPORT OF PETITIONING CREDITORS' REQUEST FOR ORDER GRANTING RELIEF UNDER 11 USC § 303(h) AND FOR APPOINTMENT OF TRUSTEE**

I, Bryant Fu, hereby declare:

1.     I am a creditor in this action. I submit this declaration in support of Petitioning Creditors' Request for Order Granting Relief Under 11 U.S.C § 303(h) and For Appointment of Trustee. Except as otherwise indicated, I am familiar with the matters stated in this declaration from my own personal knowledge of the facts and evidence attested herein, and if called and sworn as a witness, I could and would testify thereto.

2.     I supervised the service of process on Debtor Tina Foon-Yu Yan ("Yan") performed by the disinterested third-party, Peter Poon, to effectuate service of the documents on Yan. Mr. Poon served the summons and petition to Yan by sealing them in a postage-prepaid (United States Postal Service First Class) envelope addressed to Yan at her address at 1433 7th Avenue, San Francisco, CA 94122 which was mailed at the United States Postal Service office on June 21, 2024. Attached hereto as **Exhibit A** is a true and correct copy of the certificate of service effectuated on June 21, 2024.

---

1

DECLARATION OF BRYANT FU IN SUPPORT OF PETITIONING CREDITORS' REQUEST FOR ORDER
GRANTING RELIEF UNDER 11 USC § 303(h) AND FOR APPOINTMENT OF TRUSTEE

Bryant Fu and Crystal Lei
337 28th Avenue
San Francisco, CA 94121

Creditors in Pro Se

FILED
AUG 26 2024
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>TINA FOON-YU YAN<br><br>    Debtor. | Case No.: 24-30455 DM<br><br>Chapter 7<br><br>**DECLARATION OF BRYANT FU IN SUPPORT OF PETITIONING CREDITORS' REQUEST FOR ORDER GRANTING RELIEF UNDER 11 USC § 303(h) AND FOR APPOINTMENT OF TRUSTEE** |

I, Bryant Fu, hereby declare:

1.    I am a creditor in this action. I submit this declaration in support of Petitioning Creditors' Request for Order Granting Relief Under 11 U.S.C § 303(h) and For Appointment of Trustee. Except as otherwise indicated, I am familiar with the matters stated in this declaration from my own personal knowledge of the facts and evidence attested herein, and if called and sworn as a witness, I could and would testify thereto.

2.    I supervised the service of process on Debtor Tina Foon-Yu Yan ("Yan") performed by the disinterested third-party, Peter Poon, to effectuate service of the documents on Yan. Mr. Poon served the summons and petition to Yan by sealing them in a postage-prepaid (United States Postal Service First Class) envelope addressed to Yan at her address at 1433 7th Avenue, San Francisco, CA 94122 which was mailed at the United States Postal Service office on June 21, 2024. Attached hereto as **Exhibit A** is a true and correct copy of the certificate of service effectuated on June 21, 2024.

1

DECLARATION OF BRYANT FU IN SUPPORT OF PETITIONING CREDITORS' REQUEST FOR ORDER
GRANTING RELIEF UNDER 11 USC § 303(h) AND FOR APPOINTMENT OF TRUSTEE

Case: 24-30455   Doc# 7   Filed: 08/26/24   Entered: 08/26/24 11:58:31   Page 1 of 16

3. I did not receive a response from Yan and out of an abundance of caution I asked Mr. Poon to send the summons and petition again with tracking and delivery confirmation. That renewed service was completed on July 29, 2024 by Mr. Poon serving the summons and petition to Yan by sealing them in a postage-prepaid (United States Postal Service First Class) envelope with additional services including a tracking number (9400111105501532268037) addressed to Yan at her address at 1433 7th Avenue, San Francisco, CA 94122 which was mailed at the United States Postal Service office on July 29, 2024. Attached as **Exhibit B** is a true and correct copy of the certificate of service effectuated on July 29, 2024.

4. Attached hereto as **Exhibit C** is a true and correct copy of the tracking history confirming mailing of the summons and petition on July 29, 2024 and delivery to Yan's address on July 30, 2024.

5. I received a "meet and confer" letter by email on August 8, 2024 from Yan's attorney, William Leeds Disston, who requested on her behalf for a stipulation that the responsive deadline be set for August 23, 2024. I agreed to that stipulation and responded in writing attached hereto as **Exhibit D** which contains true and correct copies of the "meet and confer" letter followed by my response sent on August 13, 2024.

6. The August 23, 2024 deadline has elapsed and no response has been filed nor received as of the time I executed this declaration on August 26, 2024.

I declare under penalty of perjury under the law of the State of California that the above is true and correct, and that this declaration is executed at San Francisco, California, this 26th day of August, 2024.

_____
Bryant Fu

2
DECLARATION OF BRYANT FU IN SUPPORT OF PETITIONING CREDITORS' REQUEST FOR ORDER GRANTING RELIEF UNDER 11 USC § 303(h) AND FOR APPOINTMENT OF TRUSTEE

# Exhibit A

Form SUMINVBK

# CERTIFICATE OF SERVICE

I, ___Peter Poon___ (name), certify that on ___June 21, 2024___ (date), I served this summons and a copy of the involuntary petition on ___Tina Foon-Yu Yan___ (name), the debtor in this case, by *[describe the mode of service and the addresss at which the debtor was served]*:

> placing a true copy thereof enclosed in a sealed envelope with the postage thereon fully prepaid in the United States mail addressed to the following and deposited the sealed envelope or package with the United States Postal Service:
> Tina Foon-Yu Yan
> 1433 7th Avenue
> San Francisco, CA 94122

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date ___June 21, 2024___   Signature ___*/s/ P. Poon*___

Print Name: ___Peter Poon___

Business Address: ___337 28th Avenue, San Francisco, CA 94121___

# Exhibit B

## CERTIFICATE OF SERVICE

I, _____Peter Poon_____ (name), certify that on _____July 29, 2024_____ (date), I served this summons and a copy of the involuntary petition on _____Tina Foon-Yu Yan_____ (name), the debtor in this case, by *[describe the mode of service and the addresss at which the debtor was served]*:

placing a true copy thereof enclosed in a sealed envelope with the postage thereon fully prepaid in the United States mail addressed to the following and deposited the sealed envelope or package with the United States Postal Service:
Tina Foon-Yu Yan
1433 7th Avenue
San Francisco, CA 94122
USPS tracking number: 9400111105501532268037

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date _____July 29, 2024_____    Signature _____*P. Poon*_____

Print Name: _____Peter Poon_____

Business Address: _____337 28th Avenue, San Francisco, CA 94121_____

# Exhibit C

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 9400111105501532268037

Copy      Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered in or at the mailbox at 6:53 pm on July 30, 2024 in SAN FRANCISCO, CA 94122.

### Get More Out of USPS Tracking:

**USPS Tracking Plus®**

### Delivered
**Delivered, In/At Mailbox**
SAN FRANCISCO, CA 94122
July 30, 2024, 6:53 pm

### Out for Delivery
SAN FRANCISCO, CA 94122
July 30, 2024, 6:10 am

### Arrived at Post Office
SAN FRANCISCO, CA 94124
July 30, 2024, 5:26 am

### Departed USPS Regional Facility
SAN FRANCISCO CA DISTRIBUTION CENTER
July 30, 2024, 4:49 am

### Arrived at USPS Regional Facility
SAN FRANCISCO CA DISTRIBUTION CENTER
July 29, 2024, 10:20 pm

### Departed Post Office

- SAN FRANCISCO, CA 94121
  July 29, 2024, 5:35 pm

- **USPS in possession of item**
  SAN FRANCISCO, CA 94121
  July 29, 2024, 5:29 pm

- **Shipping Label Created, USPS Awaiting Item**
  SAN FRANCISCO, CA 94121
  July 24, 2024, 2:40 pm

- **Hide Tracking History**

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

**Text & Email Updates** ⌄

**USPS Tracking Plus®** ⌄

**Product Information** ⌄

See Less ∧

Track Another Package

| Enter tracking or barcode numbers |

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

# Exhibit D

Leeds Disston, Esq. SBN 045016
300 Frank H Ogawa Plz, Ste 205
Oakland, CA 94612-2060
Phone: 510-835-8110
Email: casdiss@yahoo.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE:

TINA FOON-YU YAN

Debtor.

Case No.: 24-30455 DM
Chapter 7
(Involuntary)

MEET & CONFER

To Petitioner BRYANT FU:

1. Debtor Tina Yan (Yan) has 21 days to file answer to the petition. It is not clear when you served the petition, but since the court has set a status conference on 8/30/24 at 1:30 PM, Yan requests that we stipulate to 8/23/24 as the last date for Yan to file a responsive pleading.

2. You signed the Official Form 105 (Involuntary Petition Against an Individual) under penalty of perjury and stated that Yan has "less than 12 creditors (11 USC § 303(b)(2))". 11 USC § 303(b)(2)) provides that (b) An involuntary case against a person is commenced by the filing with the bankruptcy court of a petition under chapter 7 … (2) if there are fewer than 12 such holders, excluding any employee or insider of such person and any transferee of a transfer that is voidable under section 544, 545, 547, 548, 549, or 724(a) of this title [11 USCS § 544, 545, 547, 548, 549, or 724(a)], by one or more of such holders that hold in the aggregate at least $18,600 of such claims.

3. 11 USC § 303 (i) provides that " If the court dismisses a petition under this section other than on consent of all petitioners and the debtor, and if the debtor does not waive the right to judgment under this subsection, the court may grant judgment—
   (1) against the petitioners and in favor of the debtor for—
   (A) costs; or
   (B) a reasonable attorney's fee; or
   (2) against any petitioner that filed the petition in bad faith, for—

- 1

(A) any damages proximately caused by such filing; or

(B) punitive damages.

4. On what basis did you come to the factual conclusion that Yan has less than 12 creditors? Please provide evidence, within 5 days of this letter, to support your factual assertion that Yan has less than 12 creditors. If you fail to provide such evidence and do not withdraw the petition, Yan reserves all rights to seek dismissal of this petition and judgment for damages under § 303 (i).

August 8, 2024
/s/ Leeds Disston
Attorney for Tina Yan

- 2

|     |     |     |
| --- | --- | --- |
| 1   | Bryant Fu and Crystal Lei | |
| 2   | 337 28th Avenue<br>San Francisco, CA 94121 | |
| 3   | Creditors in Pro Se | |

<div style="text-align:center">

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

</div>

| | |
|---|---|
| In re | Case No.: 24-30455 DM |
| Tina Foon-Yu Yan | Chapter 7 |
| *aka* Tina Foon Yan<br>*aka* Tina F. Yan<br>*aka* Tina Yan | RESPONSE TO DEBTOR TINA YAN'S MEET AND CONFER |
| Debtor. | |

Petitioning Creditor BRYANT FU responds to each meet and confer paragraph number as follows:

**MEET AND CONFER NO. 1**: Debtor Tina Yan (Yan) has 21 days to file answer to the petition. It is not clear when you served the petition, but since the court has set a status conference on 8/30/24 at 1:30 PM, Yan requests that we stipulate to 8/23/24 as the last date for Yan to file a responsive pleading.

**RESPONSE TO MEET AND CONFER NO. 1**: Creditors agree to the request for stipulation. It is so stipulated that Debtor Yan pursuant to the summons and Involuntary Petition Against an Individual Official Form 105 shall file her response in this case by August 23, 2024.

**MEET AND CONFER NOS. 2, 3, 4**: You signed the Official Form 105 (Involuntary Petition Against an Individual) under penalty of perjury and stated that Yan has "less than 12 creditors (11 USC § 303(b)(2))". 11 USC § 303(b)(2)) provides that (b) An involuntary case against a person is commenced by the filing with the bankruptcy court of a petition under chapter 7 ... (2) if there are fewer than 12 such holders, excluding any employee or insider of such person and any transferee of a transfer that is voidable under section 544, 545, 547, 548, 549, or 724(a) of this title [11 USCS § 544, 545, 547, 548, 549, or 724(a)], by one or more of such holders that hold in the

1

---
LIST OF NON-CONTINGENT CLAIM HOLDERS KNOWN TO PETITIONING CREDITORS

aggregate at least $18,600 of such claims.

11 USC § 303 (i) provides that " If the court dismisses a petition under this section other than on consent of all petitioners and the debtor, and if the debtor does not waive the right to judgment under this subsection, the court may grant judgment—

(1) against the petitioners and in favor of the debtor for—

(A) costs; or

(B) a reasonable attorney's fee; or

(2) against any petitioner that filed the petition in bad faith, for—

(A) any damages proximately caused by such filing; or

(B) punitive damages.

On what basis did you come to the factual conclusion that Yan has less than 12 creditors? Please provide evidence, within 5 days of this letter, to support your factual assertion that Yan has less than 12 creditors. If you fail to provide such evidence and do not withdraw the petition, Yan reserves all rights to seek dismissal of this petition and judgment for

**RESPONSE TO MEET AND CONFER NOS. 2, 3, 4**: To the best of Creditor's knowledge there are fewer than 12 holders of noncontingent, undisputed claims within the definition of 11 U.S.C. § 303. Attached is a list of such holders currently known to Petitioning Creditor. Debtor Yan has an obligation to disclose and provide evidence of any additional qualifying creditor(s) and their claim(s).

DATED: August 13, 2024

Bryant Fu
Creditor in Pro Se

2
LIST OF NON-CONTINGENT CLAIM HOLDERS KNOWN TO PETITIONING CREDITORS

Bryant Fu and Crystal Lei
337 28th Avenue
San Francisco, CA 94121

Creditors in Pro Se

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case No.: 24-30455 |
| Tina Foon-Yu Yan | Chapter 7 |
| *aka* Tina Foon Yan<br>*aka* Tina F. Yan<br>*aka* Tina Yan | LIST OF NON-CONTINGENT CLAIM HOLDERS KNOWN TO PETITIONING CREDITORS BRYANT FU AND CRYSTAL LEI |
| Debtor. | |

Petitioning Creditors BRYANT FU ("Fu") and CRYSTAL LEI ("Lei", and Lei together with Fu are collectively referred to as the "Creditors") have become aware of the following creditors with non-contingent claims within the definition of 11 U.S. Code § 303 that may have an interest in this case and have provided notice of this involuntary bankruptcy proceeding thereon:

Bank of America
Attn: Bankruptcy
4909 Savarese Circle Tampa, FL 33634

Charles Li
235 Bobolink Way Hercules, CA 94547

Chase Card Services
Attn: Bankruptcy
P.O. 15298 Wilmington, DE 19850

Citibank
Attn: Bankruptcy
P.O. Box 790034 St Louis, MO 63179

First National Bank
Attn: Bankruptcy P.O. Box 3128 Omaha, NE 68103

1
LIST OF NON-CONTINGENT CLAIM HOLDERS KNOWN TO PETITIONING CREDITORS

Case: 24-30455    Doc# 7    Filed: 08/26/24    Entered: 08/26/24 11:58:31    Page 15 of 16

US Bank
PO Box 790179 Saint Louis, MO 63179-0179

DATED: August 13, 2024

Respectfully Submitted,

_____
Bryant Fu
Creditor in Pro Se

_____
Crystal Lei
Creditor in Pro Se