Entered on Docket
August 27, 2024
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: August 27, 2024

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | ) Bankruptcy Case |
| | ) No. 24-30455 |
| TINA FOON-YU YAN, | ) |
| | ) Chapter 7 |
| Debtor. | ) Involuntary |
| | ) |

### ORDER FOR RELIEF UNDER CHAPTER 7

On June 17, 2024, petitioning creditors Bryant Fu and Crystal Lei filed the above-captioned involuntary petition against Tina Foon-Yu Yan ("Debtor"). While the court did not approve such an extension, petitioning creditors and Debtor agreed that Debtor would respond to the petition or file a motion to dismiss the petition on or before August 23, 2024 (Dkt. 7). Debtor did not file a response or motion to dismiss by the extended deadline. Service of the petition is proper, and petitioning creditors appear to fulfill the requirements of 11 U.S.C. § 303(b)(2).

Accordingly, the court HEREBY GRANTS and enters this order for relief under chapter 7 and directs the United States Trustee to appoint a chapter 7 trustee in this proceeding. The status

conference scheduled for August 30, 2024, at 1:30 p.m. is removed from the court's calendar.

*** END OF ORDER ***

COURT SERVICE LIST

Tina Foon-Yu Yan
1433 7th Avenue
San Francisco, CA 94121

Bryant Fu
337 28th Avenue
San Francisco, CA 94121

Crystal Lei
337 28th Avenue
San Francisco, CA 94121