MEYER LAW GROUP LLP
  A Limited Liability Partnership
BRENT D. MEYER, Cal. Bar No. 266152
268 Bush Street #3639
San Francisco, California 94104
Telephone:  (415) 765-1588
Facsimile:  (415) 762-5277
Email:     brent@meyerllp.com

[Proposed] Attorneys for Chapter 7 Trustee
PAUL MANSDORF

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>TINA FOON-YU YAN,<br><br>              Debtor. | BK Case No.: 24-30455-DM<br><br>Chapter 7<br><br>**APPLICATION FOR ORDER AUTHORIZING EMPLOYMENT OF GENERAL BANKRUPTCY COUNSEL (MEYER LAW GROUP, LLP)** |

Paul Mansdorf, Chapter 7 Trustee for the bankruptcy estate of Tina Foon-Yu Yan (the "Trustee") hereby submits this application (the "Application") to employ the law firm of Meyer Law Group, LLP ("Proposed Counsel") as general bankruptcy counsel pursuant to section 327 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 2014 in the above-captioned matter based on the following.

1. The Trustee is the duly appointed, qualified, and acting Chapter 7 Trustee for the bankruptcy estate of Tina Foon-Yu Yan.

2. The Trustee desires to Meyer Law Group, LLP ("Proposed Counsel") as general bankruptcy counsel for, among other things:

   A. Assistance and advice to the Trustee on legal aspects involved in the investigation, collection, and liquidation of assets or potential assets of the estate;

   B. Assistance and advice to the Trustee regarding transfers that may be avoidable under the provisions of the Bankruptcy Code or other applicable law;

   C. Representation of the Trustee in litigation that he determines is necessary;

   D. Assist the Trustee in analysis and objection to claims if the Trustee determines that action is necessary after initial review of claims; and

   E. Attendance at all Court hearings and meetings of creditors conducted pursuant to section 341(a) of the Bankruptcy Code.

3. The Trustee believes that retention of counsel is necessary and desires to retain Proposed Counsel based on its expertise in bankruptcy law and related litigation in California Superior Court and other courts of competent jurisdiction. The Trustee has considered the facts in this case and determined that employing Proposed Counsel is in the best interests of the estate.

4. Proposed Counsel is a small firm with one principal and one "of counsel" attorney. From time to time, Proposed Counsel uses the services of several contract lawyers. To the best of the Trustee's knowledge, Proposed Counsel has no connection with the Debtor, creditors, or any other party in interest, their respective attorneys and/or accountants, the United States Trustee or any person employed in the Office of the United States Trustee, except as set forth in the concurrently filed declaration of Brent D. Meyer in support of this application (the

MEYER LAW GROUP LLP
268 BUSH STREET #3639
SAN FRANCISCO CA 94104
www.meyerllp.com

"Declaration"). Proposed Counsel does not presently represent any interest adverse to the Trustee or to the estate, except as set forth in the Declaration. Proposed Counsel is a "disinterested person" as defined by 11 U.S.C. § 101(14) and as required by 11 U.S.C. § 327(a).

5. Proposed Counsel generally bills on an hourly rate basis. The current rates charged by members of Proposed Counsel who are expected to render the majority of the services to the Trustee are as follows:

| Attorney Name | Hourly Rate |
|---|---|
| Brent D. Meyer | $450.00 |

6. Generally, Proposed Counsel's rates are subject to change from time to time, but generally not more than once per year. However, during representation of the Trustee in this matter, Proposed Counsel does not anticipate any increase in the applicable billing rates.

7. Generally, Proposed Counsel's billing practices are identical for bankruptcy and non-bankruptcy clients. The hourly rates on which Proposed Counsel bases its fees are generally the same for bankruptcy and non-bankruptcy clients but can be higher for non-court-appointed representations.

8. Proposed Counsel is in compliance with the revised Guidelines promulgated by the United States Bankruptcy Court. It does not charge for its word processing or incoming telecopy costs. Proposed Counsel's office charges $0.20 per page for photocopying. Lexis and Westlaw searches are charged at cost. Other online research services (including PACER) are charged at cost. The hourly rates charged by Proposed Counsel's bankruptcy attorneys are no less favorable than those rates charged for non-court appointed services.

Based on the foregoing, the Trustee requests entry of an Order authorizing employment of Meyer Law Group, LLP as general bankruptcy counsel in the above-captioned matter consistent with the terms of this Application.

Dated: September 30, 2024

By: /s/ PAUL MANSDORF
Chapter 7 Trustee
PAUL MANSDORF

BK CASE NO. 24-30455-DM - 3 -
APPLICATION FOR ORDER AUTHORIZING EMPLOYMENT OF GENERAL BANKRUPTCY COUNSEL (MEYER LAW GROUP)
Case: 24-30455   Doc# 19   Filed: 09/30/24   Entered: 09/30/24 14:22:00   Page 3 of 4

| | |
|---|---|
| Dated: September 30, 2024 | **MEYER LAW GROUP LLP** |
| | By /s/ BRENT D. MEYER |
| | Brent D. Meyer |
| | Proposed Attorneys for Trustee |
| | PAUL MANSDORF |

MEYER LAW GROUP LLP
268 BUSH STREET #3639
SAN FRANCISCO CA 94104
www.meyerllp.com