MEYER LAW GROUP LLP
 A Limited Liability Partnership
BRENT D. MEYER, Cal. Bar No. 266152
268 Bush Street #3639
San Francisco, California 94104
Telephone: (415) 765-1588
Facsimile: (415) 762-5277
Email: brent@meyerllp.com

[Proposed] Attorneys for Chapter 7 Trustee
PAUL MANSDORF

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>TINA FOON-YU YAN,<br><br>Debtor. | BK Case No.: 24-30455-DM<br><br>Chapter 7<br><br>**DECLARATION OF COUNSEL BRENT D. MEYER IN SUPPORT OF APPLICATION FOR ORDER AUTHORIZING EMPLOYMENT OF GENERAL BANKRUPTCY COUNSEL (MEYER LAW GROUP, LLP)** |

- 1 -

BK CASE NO. 24-30455-DM

DECLARATION OF COUNSEL BRENT D. MEYER IN SUPPORT OF APPLICATION FOR ORDER AUTHORIZING EMPLOYMENT OF GENERAL BANKRUPTCY COUNSEL (MEYER LAW GROUP, LLP)

I, Brent D. Meyer, hereby declare as follows:

1. I am an attorney duly licensed to practice law in the State of California and I am admitted to practice in the above-referenced Court. I am an attorney in the law firm Meyer Law Group, LLP, proposed general bankruptcy counsel for Chapter 7 Trustee, Paul Mansdorf (the "Trustee"). I have personal knowledge of the facts set forth in this declaration and, if called as a witness, I could and would testify competently thereto, except with respect to those matters stated to be on information and belief, and as to those matters, I believe them to be true.

2. I make this declaration in support of the *Application for Order Authorizing Employment of General Bankruptcy Counsel (Meyer Law Group, LLP)* (the "Application") filed concurrently herewith.

3. Meyer Law Group, LLP is a small law firm with one principal, Brent D. Meyer, and one "of counsel" attorney, Michael H. Meyer.

4. On behalf of Meyer Law Group, LLP, I have reviewed all creditors identified by the Debtor on its Bankruptcy Schedules and/or Statement of Financial Affairs.

5. Based on my review, I am informed and believe that there are no conflicts or other connections between Meyer Law Group, LLP and the Debtor, creditors, or parties in interest, or their attorneys or accountants, or the United States Trustee or any person employed in the Office of the United States Trustee. I am not aware of any other connections between Meyer Law Group, LLP or its attorneys or independent contractors with the Debtor or the other parties identified in the previous sentence.

6. Michael H. Meyer, who serves as "Of Counsel" to Meyer Law Group, LLP and holds a minority interest in Meyer Law Group LLP, was appointed by the office of the United States Trustee as the: (a) Standing Chapter 13 Trustee in Fresno, California (Eastern District of California); (b) Standing Chapter 12 Trustee in Fresno, California (Eastern District of California); and (c) Standing Chapter 12 Trustee in Sacramento, California and Reno, Nevada (Eastern District of California and District of Nevada). Further, as of the date of this declaration, Michael H. Meyer no longer serves in his capacity as the Standing Chapter 13 Trustee (Fresno, California) and the Standing Chapter 12 Trustee (Fresno, California; Sacramento, California; and



Reno, Nevada). For clarification, although Michael H. Meyer was appointed to these positions by the Office of the United States Trustee, he is not an employee of the Department of Justice or the Office of the United States Trustee.

7. Prior to pursuit of action against any party in this case, Meyer Law Group, LLP will perform a further search of its records. If an actual conflict is identified, the Trustee will undertake such action herself or will employ new special counsel for that purpose.

8. Meyer Law Group, LLP has not agreed to share any of the compensation it receives in this case (or any litigation commenced by the Trustee) with any person other than to share this compensation among its partners and employees.

9. Based on the above, I am informed and believe that Meyer Law Group, LLP is a "disinterested person" as defined by 11 U.S.C. § 101(14) and as required by 11 U.S.C. § 327(a) and holds no interest adverse to the bankruptcy estate.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 30th day of September, 2024 at Walnut Creek, California.

By: /s/ BRENT D. MEYER
Brent D. Meyer