**MEYER LAW GROUP LLP**
A Limited Liability Partnership
BRENT D. MEYER, Cal. Bar No. 266152
268 Bush Street #3639
San Francisco, California 94104
Telephone: (415) 765-1588
Facsimile: (415) 762-5277
Email: brent@meyerllp.com

[Proposed] Attorneys for Chapter 7 Trustee
PAUL MANSDORF

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re<br><br>TINA FOON-YU YAN,<br><br>Debtor. | BK Case No.: 24-30455-DM<br><br>Chapter 7<br><br>**CERTIFICATE OF SERVICE** |

I, Brent D. Meyer, hereby declare as follows:

I am an active member of the State Bar of California and I am not a party to the above-captioned action; my business mailing address is 268 Bush Street #3639, San Francisco, California, 94104.

On September 30, 2024, I served copies of the following document(s):

**APPLICATION FOR ORDER AUTHORIZING EMPLOYMENT OF GENERAL BANKRUPTCY COUNSEL (MEYER LAW GROUP, LLP)**

**DECLARATION OF COUNSEL BRENT D. MEYER IN SUPPORT OF APPLICATION FOR ORDER AUTHORIZING EMPLOYMENT OF GENERAL BANKRUPTCY COUNSEL (MEYER LAW GROUP, LLP)**

in the following manner on the parties listed below:



MEYER LAW GROUP LLP
268 BUSH STREET #3639
SAN FRANCISCO CA 94104
www.meyerllp.com

Case: 24-30455 Doc# 19-2 Filed: 09/30/24 Entered: 09/30/24 14:22:00 Page 1 of 2

☐ **BY FEDERAL EXPRESS**: I enclosed said document(s) in an envelope or package provided by Federal Express and addressed to the persons at the address(es) listed below. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of Federal Express or delivered such document(s) to a courier or driver authorized by Federal Express to receive documents.

☐ **BY FIRST CLASS MAIL**: Pursuant to Federal Rule of Bankruptcy Procedure 7004(b), I enclosed said document(s) in a sealed envelope addressed to the persons at the address(es) listed below, placed first class postage fully prepaid thereon, and deposited said envelope in a United States mailbox.

☐ **BY CERTIFIED MAIL**: Pursuant to Federal Rule of Bankruptcy Procedure 7004(h), I enclosed said document(s) in a sealed envelope addressed to the persons at the address(es) listed below, transported said envelope to a United States Post Office, placed first class postage fully prepaid thereon with certified and return receipt requested, and deposited said envelope with an agent of the United States Postal Service. The Certified Mail Receipt Number for each party served with the document(s) is as specified below.

☒ **BY NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to Bankruptcy Local Rule 9013-3(c), service of the document(s) was also effective on the following persons whom are registered participants of the Court's CM/ECF system, consented to electronic service, and received an electronic copy of the document(s) by the Clerk of the Court via Notice of Electronic Filing.

**CHAPTER 7 TRUSTEE**
Paul Mansdorf
paul@mansdorftrustee.com,
Paul.Mansdorf@txitrustee.com,
ecf.alert+Mansdorf@titlexi.com

**OFFICE OF THE U.S. TRUSTEE**
Office of the U.S. Trustee / SF
USTPRegion17.SF.ECF@usdoj.gov

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

Executed on this 30th day of September, 2024 at Walnut Creek, California.

/s/ BRENT D. MEYER
Brent D. Meyer



MEYER LAW GROUP LLP
268 BUSH STREET #3639
SAN FRANCISCO CA 94104
www.meyerllp.com

Case: 24-30455 Doc# 19-2 Filed: 09/30/24 Entered: 09/30/24 14:22:00 Page 2 of 2