

**Signed and Filed: November 6, 2024**

_____
**DENNIS MONTALI
U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>TINA FOON-YU YAN,<br><br>           Debtor. | ) Bankruptcy Case<br>) No. 24-30455-DM<br>)<br>) Chapter 7<br>)<br>)<br>) |

**ORDER DISMISSING CASE**

In light of 1) the Debtor's request to vacate the order for relief and to dismiss (Dkt. 24), 2) the trustee's request to dismiss, and 3) the similar request by creditors Bryant Fu and Crystal Lei ("Creditors") (Dkt. 29), and good cause appearing therefor, the court HEREBY ORDERS as follows:

    1)    This Chapter 7 case is DISMISSED.

    2)    The hearing on November 15, 2024 on the Debtor's and Creditors' motions is DROPPED.

    3)    The Creditors' ex parte applications for orders pursuant to Bankruptcy Rule 2004 authorizing examination and production of documents of Debtor Tina

Foon-Yu Yan and third-party entities (Dkts. 21 and 23) are DENIED AS MOOT.

**END OF ORDER**

COURT SERVICE LIST

Bryant Fu
337 28th Ave.
San Francisco, CA 94121

Crystal Lei
337 28th Ave.
San Francisco, CA 94121

Case: 24-30455    Doc# 36    Filed: 11/06/24    Entered: 11/06/24 13:26:53    Page 3 of 3