Form DOC

# UNITED STATES BANKRUPTCY COURT
## California Northern Bankruptcy Court

| | |
|---|---|
| In Re: Tina Foon−Yu Yan<br>  aka  Tina Foon Yan<br>  aka  Tina F. Yan<br>  aka  Tina Yan<br>      Debtor(s) | Case No.: 24−30455 DM 7<br>Chapter: 7 |

## NOTICE OF DISMISSAL OF CASE

**Notice is given** that an order was filed on 11/6/24 dismissing the above−captioned case effective 11/6/24.

Dated: <u>11/6/24</u>

For the Court:

Edward J. Emmons
Clerk of Court
United States Bankruptcy Court

Doc # 36