United States Bankruptcy Court
Northern District of California

In re:                                                  Case No. 24-30455-DM
Tina Foon-Yu Yan                            Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0971-3                          User: admin                          Page 1 of 2
Date Rcvd: Nov 06, 2024                  Form ID: DOC                     Total Noticed: 15

The following symbols are used throughout this certificate:
**Symbol      Definition**
+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 08, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tina Foon-Yu Yan, 1433 7th Avenue, San Francisco, CA 94122-3702 |
| 15659126 | + | Bryant Fu, 337 28th Avenue, San Francisco, CA 94121-1803 |
| 15667637 | + | Bryant Fu and Crystal Lei, 337 28th Avenue, San Francisco, CA 94121-1803 |
| 15667639 | + | Charles Li, 235 Bobolink Way, Hercules, CA 94547-1529 |
| 15659127 | + | Crystal Lei, 337 28th Avenue, San Francisco, CA 94121-1803 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: EDD.COM | Nov 07 2024 05:12:00 | CA Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | EDI: CALTAX.COM | Nov 07 2024 05:12:00 | CA Franchise Tax Board, Special Procedures Bankruptcy Unit, P.O. Box 2952, Sacramento, CA 95812-2952 |
| smg | + | EDI: EDD.COM | Nov 07 2024 05:12:00 | Chief Tax Collection Section, Employment Development Section, P.O. Box 826203, Sacramento, CA 94230-0001 |
| 15667638 | + | EDI: BANKAMER | Nov 07 2024 05:12:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 15667641 | + | EDI: CITICORP | Nov 07 2024 05:12:00 | Citibank, Attn: Bankruptcy, PO Bpx 790034, St. Louis, MO 63179-0034 |
| 15667642 | | Email/Text: collecadminbankruptcy@fnni.com | Nov 07 2024 00:27:00 | First National Bank, Attn: Bankruptcy, PO Box 3128, Omaha, NE 68103 |
| 15667640 | | EDI: JPMORGANCHASE | Nov 07 2024 05:12:00 | Chase Card Services, Attn: Bankruptcy, PO Box 15298, Wilmington, DE 19850 |
| 15667643 | | EDI: USBANKARS.COM | Nov 07 2024 05:12:00 | US Bank, PO Box 790179, Saint Louis, MO 63179-0179 |
| 15667644 | + | EDI: USBANKARS.COM | Nov 07 2024 05:12:00 | US Bank/RMS, Attn: Bankruptcy, PO Box 5229, Cincinnati, OH 45201-5229 |
| 15667645 | + | EDI: WFFC2 | Nov 07 2024 05:12:00 | Wells Fargo Bank NA, Attn: Wells Fargo Bankruptcy, 1 Home Campus Mac X2303-01a, Des Moines, IA 50328-0001 |

TOTAL: 10

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2024          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 6, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brent D. Meyer | on behalf of Trustee Paul Mansdorf brent@meyerllp.com |
| Leeds Disston | on behalf of Debtor Tina Foon-Yu Yan casdiss@yahoo.com |
| Office of the U.S. Trustee / SF | USTPRegion17.SF.ECF@usdoj.gov |
| Paul Mansdorf | paul@mansdorftrustee.com Paul.Mansdorf@txitrustee.com,ecf.alert+Mansdorf@titlexi.com |

TOTAL: 4

Form DOC

# UNITED STATES BANKRUPTCY COURT
## California Northern Bankruptcy Court

| | |
|---|---|
| In Re: Tina Foon−Yu Yan<br>  aka  Tina Foon Yan<br>  aka  Tina F. Yan<br>  aka  Tina Yan<br>      Debtor(s) | Case No.: 24−30455 DM 7<br>Chapter: 7 |

## NOTICE OF DISMISSAL OF CASE

**Notice is given** that an order was filed on 11/6/24 dismissing the above−captioned case effective 11/6/24.

Dated: <u>11/6/24</u>

For the Court:

Edward J. Emmons
Clerk of Court
United States Bankruptcy Court

Doc # 36